**STATE of Missouri, Respondent,**

v.

**Ricky GREER, Appellant.**

No. 73918.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 19, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 16, 1999.

Application to Transfer Denied
April 27, 1999.

Susan L. Hogan, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Anne E. Hawley, Jefferson City, for respondent.

Before JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered upon his conviction by a jury of first degree murder and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no prece-